**Fill in this information to identify the case:**

Debtor name **Fam Moza Corp. d.b.a. Maya Cocina & Tequila Bar**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known) **15-23772**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___December 30, 2015___    X */s/ Gregorio Cordero*
Signature of individual signing on behalf of debtor

**Gregorio Cordero**
Printed name

**President**
Position or relationship to debtor

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | **Fam Moza Corp. d.b.a. Maya Cocina & Tequila Bar** | |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF NEW YORK** | ☐ Check if this is an |
| Case number (if known): | **15-23772** | amended filing |

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Con Edison**<br>**4 Irving Place**<br>**New York, NY 10003** | | Utility bill for electricity. This debt was under a repayment plan with the creditor. | | | | $46,770.00 |
| **Con Edison**<br>**4 Irving Place**<br>**New York, NY 10003** | | Utility bill for gas. This debt was under a repayment plan with the creditor. | | | | $18,421.00 |
| **Jetro Restaurant Depot**<br>**305 S Regent Street**<br>**Port Chester, NY 10573** | | Supplier for restaurant | | | | $2,500.00 |
| **John Dobolakis-Anna Dobolakis Real Estate Holdings LLC**<br>**6 WAYSIDE LANE**<br>**Scarsdale, NY 10583** | | Past due rent | | | | $24,000.00 |
| **NYS Dept. of Taxation and Fina Bankruptcy Section**<br>**P.O. Box 5300**<br>**Albany, NY 12205-0300** | | Tax Debt | | | | $114,000.00 |
| **NYS Workers Compensation Board**<br>**PO Box 5205**<br>**Binghamton, NY 13902-5205** | | Penalty for lapse of Insurance on or about March 2015. | | | | $2,300.00 |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor  **Fam Moza Corp. d.b.a. Maya Cocina & Tequila Bar**

Name

Case number *(if known)*  **15-23772**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Southern Wine & Spirits of NY P.O. Box 250 East Norwich, NY 11732-1003** | | **Supplies for restaurant** | | | | **$3,500.00** |
| **U.S. Foods 1051 Amboy Avenue Perth Amboy, NJ 08861** | | **Supplier of produce.** | | | | **$3,500.00** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|
| Debtor name     **Fam Moza Corp. d.b.a. Maya Cocina & Tequila Bar** |
| United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known)     **15-23772** |

☐ Check if this is an
  amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                          12/15

| Part 1: | Summary of Assets |
|---|---|

1.    **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*...................................................................................    $ _____0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*...............................................................................    $ _____71,265.00

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................    $ _____71,265.00

| Part 2: | Summary of Liabilities |
|---|---|

2.    **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $ _____0.00

3.    **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 6a of *Schedule E/F*........................................    $ _____116,300.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*..............................    +$ _____98,691.00

4.    Total liabilities .................................................................................................................
    Lines 2 + 3a + 3b                                                                              $ _____214,991.00

| Fill in this information to identify the case: |
|---|
| Debtor name __**Fam Moza Corp. d.b.a. Maya Cocina & Tequila Bar**__ |
| United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF NEW YORK__ |
| Case number (if known) __**15-23772**__ |

☐ Check if this is an
amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property
**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | **$700.00** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
Name of institution (bank or brokerage firm)     Type of account     Last 4 digits of account number

| | | | |
|---|---|---|---|
| 3.1.. **Checkings**<br>**Citibank** | **Checkings** | | **$65.00** |
| 3.2.. **Checkings**<br>**T.D. Bank, N.A.** | **Checkings** | | **$0.00** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    **$765.00**

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☒ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1.. **Security Deposit with Landlord** | **$32,000.00** |
|---|---|

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

| Debtor | **Fam Moza Corp. d.b.a. Maya Cocina & Tequila Bar** | Case number *(If known)* | **15-23772** |
|---|---|---|---|
| | Name | | |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9. **Total of Part 2.**
   Add lines 7 through 8. Copy the total to line 81.
   
   **$32,000.00**

### Part 3:  Accounts receivable

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

### Part 4:  Investments

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

### Part 5:  Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** Inventory of food for the restaurant | | $0.00 | Recent cost | $3,000.00 |
| | Inventory of alcohol and drinks for the restaurant. | | $0.00 | Recent cost | $2,500.00 |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** 26 Tables, 90 chairs, 4 small tables and 19 bar stools | | $0.00 | Liquidation | $15,000.00 |

23. **Total of Part 5.**
    Add lines 19 through 22.  Copy the total to line 84.
    
    **$20,500.00**

24. **Is any of the property listed in Part 5 perishable?**
    ■ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ■ No
    ☐ Yes. Book value _____  Valuation method _____  Current Value _____

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

| Debtor | **Fam Moza Corp. d.b.a. Maya Cocina & Tequila Bar** | Case number *(If known)* | **15-23772** |
| | Name | | |

**26.    Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No

☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.

☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.

☐ Yes Fill in the information below.

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.    Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1..  **2000 Dodge Ram 1500 with 315,000 miles that is not operational.** | $0.00 | | $0.00 |
| 48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49.    **Aircraft and accessories** | | | |
| 50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**Telephone system, computerized ordering system including printer for orders.** | $0.00 | Liquidation | $3,000.00 |
| **Kitchen Equipment: 2 deep fryers; 1 refrigirator; 2 stoves of 4 burners; 1 grill; 1 broiler; 1 salamader; 1 freezer with 3 doors; 1 small chef's freezer; 1 small refrigirator; custom-made steam table with refrigiration; 1 dishwasher and accompanying table;** | $0.00 | Liquidation | $15,000.00 |

**51.    Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| | |
|---|---|
| | **$18,000.00** |

**52.    Is a depreciation schedule available for any of the property listed in Part 8?**

■ No

☐ Yes

| Debtor | **Fam Moza Corp. d.b.a. Maya Cocina & Tequila Bar** | Case number *(If known)* | **15-23772** |
|---|---|---|---|
| | Name | | |

53.      **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No

☐ Yes

---

**Part 9:**      **Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.

☐ Yes Fill in the information below.

---

**Part 10:**      **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.

☐ Yes Fill in the information below.

---

**Part 11:**      **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.

☐ Yes Fill in the information below.

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

Debtor    **Fam Moza Corp. d.b.a. Maya Cocina & Tequila Bar**                    Case number *(If known)*  **15-23772**
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$765.00** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$32,000.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$0.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$20,500.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$18,000.00** | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................................> | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$71,265.00** | + 91b. **$0.00** |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | **$71,265.00** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      **Fam Moza Corp. d.b.a. Maya Cocina & Tequila Bar**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)   **15-23772**

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

    ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Fam Moza Corp. d.b.a. Maya Cocina & Tequila Bar**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)   **15-23772**

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.1**

Priority creditor's name and mailing address
**NYS Dept. of Taxation and Fina**
**Bankruptcy Section**
**P.O. Box 5300**
**Albany, NY 12205-0300**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **114,000.00**     $ **0.00**

Date or dates debt was incurred

Basis for the claim:
**Tax Debt**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) (8)

**2.2**

Priority creditor's name and mailing address
**NYS Workers Compensation Board**
**PO Box 5205**
**Binghamton, NY 13902-5205**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **2,300.00**     $ **2,300.00**

Date or dates debt was incurred

Basis for the claim:
**Penalty for lapse of Insurance on or about March 2015.**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          34115          Best Case Bankruptcy

| Debtor 1 | **Gregorio Cordero** | | | Case number (if know) | **15-23772** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Specify Code subsection of PRIORITY unsecured claim:**

11 U.S.C. § 507(a) (8)

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3.   List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **18,421.00** |
|---|---|---|---|

**Con Edison**
**4 Irving Place**
**New York, NY 10003**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Utility bill for gas.  This debt was under a repayment plan with the creditor.**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number _____

■ No
☐ Yes

---

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **46,770.00** |
|---|---|---|---|

**Con Edison**
**4 Irving Place**
**New York, NY 10003**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Utility bill for electricity.  This debt was under a repayment plan with the creditor.**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number _____

■ No
☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **2,500.00** |
|---|---|---|---|

**Jetro Restaurant Depot**
**305 S Regent Street**
**Port Chester, NY 10573**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Supplier for restaurant**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number _____

■ No
☐ Yes

---

Debtor 1    **Gregorio Cordero**                                                Case number (if know)    **15-23772**
       First Name         Middle Name         Last Name

---

**3.4**

Nonpriority creditor's name and mailing address
**John Dobolakis-Anna Dobolakis**
**Real Estate Holdings LLC**
**6 WAYSIDE LANE**
**Scarsdale, NY 10583**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **24,000.00**

Basis for the claim:    **Past due rent**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No

Last 4 digits of account number

☐ Yes

---

**3.5**

Nonpriority creditor's name and mailing address
**Southern Wine & Spirits of NY**
**P.O. Box 250**
**East Norwich, NY 11732-1003**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **3,500.00**

Basis for the claim:    **Supplies for restaurant**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No

Last 4 digits of account number

☐ Yes

---

**3.6**

Nonpriority creditor's name and mailing address
**U.S. Foods**
**1051 Amboy Avenue**
**Perth Amboy, NJ 08861**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **3,500.00**

Basis for the claim:    **Supplier of produce.**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No

Last 4 digits of account number

☐ Yes

---

**Part 3:**    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1**  **Con Edison**<br>**Cooper Station**<br>**P.O. Box 138**<br>**New York, NY 10276** | Line  **3.1**<br>☐  Not listed. Explain | |

Debtor 1    **Gregorio Cordero**                                          Case number (if know)    **15-23772**
First Name          Middle Name          Last Name

| 4.2 | **Paul W. Mayer, Jr.** | Line | **3.4** |
| | **118 N Bedford Road** | | |
| | **Mount Kisco, NY 10549** | ☐ | Not listed. Explain |

---

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 116,300.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 98,691.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 214,991.00 |

**Fill in this information to identify the case:**

Debtor name  **Fam Moza Corp. d.b.a. Maya Cocina & Tequila Bar**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **15-23772**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                  12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.**  State what the contract or lease is for and the nature of the debtor's interest  **Repayment agreement for utility charges.** | |
| State the term remaining  **1 year Remaining in contract** | **Con Edison** |
| List the contract number of any government contract | **4 Irving Place**  **New York, NY 10003** |
| **2.2.**  State what the contract or lease is for and the nature of the debtor's interest  **Contract for credit card processing.** | |
| State the term remaining | **Heartland Payment Systems** |
| List the contract number of any government contract | **1 Heartland Way**  **Jeffersonville, IN 47130** |
| **2.3.**  State what the contract or lease is for and the nature of the debtor's interest  **Lease for ice machine.** | |
| State the term remaining  **8 months remaining** | **Icesurance** |
| List the contract number of any government contract | **500 Fenimore Rd**  **Mamaroneck, NY 10543** |
| **2.4.**  State what the contract or lease is for and the nature of the debtor's interest  **Maintenance contract for computer repairs.** | **NCR Aloha POS System** |
| State the term remaining | **3097 Satellite Blvd**  **Building 700** |
| List the contract number of any government contract | **Duluth, GA 30096** |

| Debtor 1 | **Fam Moza Corp. d.b.a. Maya Cocina & Tequila Bar** | | Case number *(if known)* | **15-23772** |
|---|---|---|---|---|
| | First Name          Middle Name          Last Name | | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for payroll services.** | |
|---|---|---|---|
| | State the term remaining | **3 month** | |
| | List the contract number of any government contract | | **Paychex Inc.**<br>**225 West 34th St. Suite 700**<br>**New York, NY 10122** |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Fam Moza Corp. d.b.a. Maya Cocina & Tequila Bar** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | **15-23772** |

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1: Codebtor* | | *Column 2: Creditor* | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Gregorio Cordero** | **c/o Maya Cocina & Tequila Bar 706 Central Park Avenue Scarsdale, NY 10583** | **Southern Wine & Spirits of NY** | ☐ D _____  ■ E/F __3.5__  ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name      **Fam Moza Corp. d.b.a. Maya Cocina & Tequila Bar**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **15-23772**

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          **12/15**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**    Income

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2015** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$700,000.00** |
| **For prior year:**<br>From  **1/01/2014** to **12/31/2014** | ■ Operating a business<br>☐ Other _____ | **$738,087.00** |
| **For year before that:**<br>From  **1/01/2013** to **12/31/2013** | ■ Operating a business<br>☐ Other _____ | **$631,593.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**    List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Fam Moza Corp. d.b.a. Maya Cocina & Tequila Bar** | Case number *(if known)* | **15-23772** |

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **NYS Department of Tax** | **Tax Levy** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:   Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None.

Debtor    **Fam Moza Corp. d.b.a. Maya Cocina & Tequila Bar**                     Case number *(if known)*  **15-23772**

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

---

**Part 6:**    Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

**Part 7:**    Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

---

**Part 8:**    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:**    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **Fam Moza Corp. d.b.a. Maya Cocina & Tequila Bar**    Case number *(if known)*   **15-23772**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17.** **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:** **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18.** **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19.** **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20.** **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:** **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21.** **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:** **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly

Debtor    **Fam Moza Corp. d.b.a. Maya Cocina & Tequila Bar**    Case number *(if known)*  **15-23772**

harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑  No.
☐  Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

☑  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| | | |

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Steven Gans** <br> **711 South Broadway, Ste. 209** <br> **White Plains, NY 10601** | **Since 2014 to Present** |
| 26a.2.  **Terrence L. McGuire CPA PLLC** <br> **34 South Broadway, Ste. 216** <br> **White Plains, NY 10601** | **2012 - 2013** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

Debtor    **Fam Moza Corp. d.b.a. Maya Cocina & Tequila Bar**                    Case number *(if known)*  **15-23772**

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

   ■ None

| Name and address |
|---|
| |

**27. Inventories**
   Have any inventories of the debtor's property been taken within 2 years before filing this case?

   ■ No
   ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Gregorio Cordero | c/o Maya Cocina & Tequila Bar 706 Central Park Avenue Scarsdale, NY 10583 | President and sole shareholder of the Debtor | 100 |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

   ■ No
   ☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ■ No
   ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

   ■ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

   ■ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Debtor    **Fam Moza Corp. d.b.a. Maya Cocina & Tequila Bar**                                     Case number *(if known)* **15-23772**

---

**Part 14:    Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 30, 2015**

**/s/ Gregorio Cordero**                                        **Gregorio Cordero**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

---

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of New York

| | | | |
|---|---|---|---|
| In re | **Fam Moza Corp. d.b.a. Maya Cocina & Tequila Bar** | Case No. | **15-23772** |
| | Debtor(s) | Chapter | **11** |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---|
    | For legal services, I have agreed to accept | $ | **15,000.00** |
    | Prior to the filing of this statement I have received | $ | **6,283.00** |
    | Balance Due | $ | **8,717.00** |

2.  The source of the compensation paid to me was:

    ☐ Debtor    ■ Other (specify):    **Third Party funds from Debtor's President**

3.  The source of compensation to be paid to me is:

    ☐ Debtor    ■ Other (specify):    **Third Party funds from Debtor's President**

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **December 30, 2015** | **/s/ Norma E. Ortiz** |
| *Date* | **Norma E. Ortiz** |
| | *Signature of Attorney* |
| | **Ortiz & Ortiz, LLP** |
| | **32-72 Steinway Street, Suite 402** |
| | **Astoria, NY 11103** |
| | **(718) 522-1117  Fax: (718) 596-1302** |
| | **email@ortizandortiz.com** |
| | *Name of law firm* |

---

# United States Bankruptcy Court
## Southern District of New York

In re   **Fam Moza Corp. d.b.a. Maya Cocina & Tequila Bar** _____   Case No.   **15-23772** _____

Debtor(s)                                    Chapter   **11** _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

**-NONE-**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **December 30, 2015** _____        Signature   **/s/ Gregorio Cordero** _____

**Gregorio Cordero**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of New York

In re    **Fam Moza Corp. d.b.a. Maya Cocina & Tequila Bar**                      Case No.    **15-23772**
                                                            Debtor(s)         Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct

to the best of my knowledge.

Date:    **December 30, 2015**                        **/s/ Gregorio Cordero**
                                                    **Gregorio Cordero**/**President**
                                                    Signer/Title

CON EDISON
4 IRVING PLACE
NEW YORK, NY 10003


CON EDISON
COOPER STATION
P.O. BOX 138
NEW YORK, NY 10276


GREGORIO CORDERO
C/O MAYA COCINA & TEQUILA BAR
706 CENTRAL PARK AVENUE
SCARSDALE, NY 10583


HEARTLAND PAYMENT SYSTEMS
1 HEARTLAND WAY
JEFFERSONVILLE, IN 47130


ICESURANCE
500 FENIMORE RD
MAMARONECK, NY 10543


JETRO RESTAURANT DEPOT
305 S REGENT STREET
PORT CHESTER, NY 10573


JOHN DOBOLAKIS-ANNA DOBOLAKIS
REAL ESTATE HOLDINGS LLC
6 WAYSIDE LANE
SCARSDALE, NY 10583


NCR ALOHA POS SYSTEM
3097 SATELLITE BLVD
BUILDING 700
DULUTH, GA 30096


NYS DEPT. OF TAXATION AND FINA
BANKRUPTCY SECTION
P.O. BOX 5300
ALBANY, NY 12205-0300


NYS WORKERS COMPENSATION BOARD
PO BOX 5205
BINGHAMTON, NY 13902-5205

PAUL W. MAYER, JR.
118 N BEDFORD ROAD
MOUNT KISCO, NY 10549


PAYCHEX INC.
225 WEST 34TH ST. SUITE 700
NEW YORK, NY 10122


SOUTHERN WINE & SPIRITS OF NY
P.O. BOX 250
EAST NORWICH, NY 11732-1003


U.S. FOODS
1051 AMBOY AVENUE
PERTH AMBOY, NJ 08861