UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re

FAM MOZA CORP., D.B.A. MAYA     Case No. 15-23772-rdd
COCINA & TEQUILA BAR,


     Debtor.     Chapter 11
---------------------------------------------------------X

## CERTIFICATE OF SERVICE

   I, Juan Parodi, being duly sworn state as follows:

    1. I am over 18 years of age and not a party to this case.

    2. On February 29, 2016, I served via regular mail a copy of the Motion To
Dismiss Chapter 11 Case on all creditors in the attached mailing matrix**.**

  I hereby certify that the foregoing statements made by me are true to the best of my
knowledge and belief.  I am fully aware that if any of the foregoing statements are willfully false,
I am subject to punishment.

Queens, New York
February 29, 2016


          *S/ Juan Parodi*
          Juan Parodi
          Paralegal
          Ortiz & Ortiz, L.L.P.
          3272 Steinway Street - Suite 402
          Astoria, New York 11103
          Tel. (718) 522-1117

CON EDISON
4 IRVING PLACE
NEW YORK, NY 10003


CON EDISON
COOPER STATION
P.O. BOX 138
NEW YORK, NY 10276


GREGORIO CORDERO
C/O MAYA COCINA & TEQUILA BAR
706 CENTRAL PARK AVENUE
SCARSDALE, NY 10583


HEARTLAND PAYMENT SYSTEMS
1 HEARTLAND WAY
JEFFERSONVILLE, IN 47130


ICESURANCE
500 FENIMORE RD
MAMARONECK, NY 10543


JETRO RESTAURANT DEPOT
305 S REGENT STREET
PORT CHESTER, NY 10573


JOHN DOBOLAKIS-ANNA DOBOLAKIS
REAL ESTATE HOLDINGS LLC
6 WAYSIDE LANE
SCARSDALE, NY 10583


NCR ALOHA POS SYSTEM
3097 SATELLITE BLVD
BUILDING 700
DULUTH, GA 30096


NYS DEPT. OF TAXATION AND FINA
BANKRUPTCY SECTION
P.O. BOX 5300
ALBANY, NY 12205-0300


NYS WORKERS COMPENSATION BOARD
PO BOX 5205
BINGHAMTON, NY 13902-5205

PAUL W. MAYER, JR.
118 N BEDFORD ROAD
MOUNT KISCO, NY 10549


PAYCHEX INC.
225 WEST 34TH ST. SUITE 700
NEW YORK, NY 10122


SOUTHERN WINE & SPIRITS OF NY
P.O. BOX 250
EAST NORWICH, NY 11732-1003


U.S. FOODS
1051 AMBOY AVENUE
PERTH AMBOY, NJ 08861

United States Trustee

US Federal Office Building

201 Varick Street, Room 1006

New York, NY 10014